THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>CHANTEL MARIE AZURE,<br><br>Defendant. | CR-22-21-GF-BMM<br><br><br><br>ORDER |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on June 12, 2024, 2024. (Doc. 61.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on June 11, 2024. (Doc. 60.) The United States accused Chantel Azure (Azure) of violating the conditions of her

supervised release (1) being required to reside in a Residential Re-Entry Program for a period of 180 days, was deemed ineligible on February 27, 2024, to reside in the Great Falls Residential Re-Entry Center due to conduct and lack of engagement with her programming . (Doc. 51.)

At the revocation hearing, Azure admitted that she had violated the conditions of her supervised release (1) being required to reside in a Residential Re-Entry Program for a period of 180 days, was deemed ineligible on February 27, 2024, to reside in the Great Falls Residential Re-Entry Center due to conduct and lack of engagement with her programming .  (Doc. 60.)  Judge Johnston found that the violations Azure admitted  proved to be serious and warranted revocation, and recommended that Azure receive a custodial sentence of TIME SERVED with 38 months of supervised release to follow. (Doc. 61.)  Azure was advised of her right to appeal and her right to allocute before the undersigned and waived those rights. (Doc. 60.) The violatios prove serious and warrants revocation of Azure's supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's  Findings and Recommendations (Doc.61) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Chantel Marie Azure be sentenced to the custody of the

United States Bureau of Prisons for TIME SERVED with 38 months of supervised release to follow.

DATED this 14th day of June, 2024

_____
Brian Morris, Chief District Judge
United States District Court